UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Frozen Wheels, LLC.,
B"H Frozen Wheels, LLC,

       Debtor,
_____/

Case No.   22-18638-LMI
Chapter 7
(Substantively Consolidated)

Maria M. Yip, Trustee,

       Plaintiff,

v.

Northwestern Mutual Life Insurance Company
dba Northwestern Mutual,

       Defendant.
_____/

Adv. Pro. No. 24-01444-LMI

## CERTIFICATE OF SERVICE

I, **Curtis Thornton,** certify that the service of the Summons (ECF 2), Complaint (ECF 1) and Order Setting Scheduling Conference and Establishing Procedures and Deadlines (ECF 3) was made on December 13, 2024 by:

<u>X</u>    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Northwestern Mutual Life Insurance Company
Attn: Chief Financial Officer, Registered Agent
200 E Gaines St.
Tallahassee, FL 32399-4201

___    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___    Residence Service: By leaving the process with the following adult at:

___    Publication: The defendant was served as follows: [Describe briefly]

___    State Law: The defendant was served pursuant to the laws of the State of Florida as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing to true and correct.

<u>December 17, 2024</u>                     <u>/s/ Curtis Thornton</u>
      Date                                          Signature



Print Name:   Curtis Thornton
Address:      909 N Miami Beach Blvd., Suite 201, N Miami Beach, FL 33162
Phone:        305-653-5555
Email:        cthornton@hlalaw.com


      **HOFFMAN, LARIN & AGNETTI, P.A.**
      Special Litigation Counsel for Trustee Maria Yip
      909 North Miami Beach Boulevard, Suite 201
      Miami, Florida 33162
      Telephone:    (305) 653-5555
      Facsimile:    (305) 940-0090
      Email:        mshoffman@hlalaw.com

      By: <u>/s/Michael S. Hoffman</u>
      **Michael S. Hoffman, Esq.**
      Florida Bar No.: 41164