

## ORDERED in the Southern District of Florida on July 14, 2025.

                                        **Laurel M. Isicoff, Judge**
                                        **United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

Frozen Wheels, LLC,  
B"H Frozen Wheels, LLC,

        Debtor,
_____/

Maria M. Yip, Trustee,

        Plaintiff,

v.

Northwestern Mutual Life Insurance Company,

        Defendant.
_____/

Case No.   22-18638-LMI  
Chapter 7  
(Substantively Consolidated)

Adv. Pro. No. 24-01444-LMI

**ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL JUDGMENT
AFTER DEFAULT AGAINST DEFENDANT NORTHWESTERN MUTUAL LIFE
<u>INSURANCE COMPANY AS TO COUNTS 1, 2, AND 3 OF THE COMPLAINT</u>**

On July 9, 2025, the Court considered the *Plaintiff's Motion for Final Judgment After Default Against Defendant Northwestern Mutual Life Insurance Company as to Counts 1, 2, and*

*3 of the Complaint* (ECF No. 11) (the "**Motion**") filed by Maria M. Yip, Trustee (the "**Plaintiff**") against Northwestern Mutual Life Insurance Company (the "**Defendant**"). The Court, having reviewed the Motion and the record in this case finds good cause to enter a final judgment in favor of the Plaintiff and against the Defendant. Accordingly, it is **ORDERED**:

1. The Motion is **GRANTED**.

2. The Court will enter a final judgment after default in favor of the Plaintiff and against the Defendant solely as to counts 1, 2, and 3 of the Complaint: (a) finding that the transfers described in the Complaint totaling $131,710.87 made to the Defendants are avoidable and recoverable by the Plaintiff and against Defendants (with interest from the date of each of the transfers through June 11, 2025, at the federal rate under 28 U.S.C. § 1961 in the sum of $7,180.00); (b) avoiding the transfer and recovering its value (with such interest); (c) for damages in the total amount of **$141,890.87**, as calculated in the Motion, bearing post-judgment interest at the federal rate from the date of the final judgment; and (d) requiring the Defendants to complete under oath the Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet) and to serve the completed form and all documents required to be attached to the form upon the Plaintiff's counsel within 45 days from the date of the judgment.

###

Submitted by: Matthew Rochman, Lessne Hoffman, PLLC, 100 S.E. 3rd Ave., 10th Floor, Fort Lauderdale, FL 33394; Ph. 954-372-5759; mrochman@lessnehoffman.law

[Mr. Rochman is directed to serve a copy of this order on Northwestern Mutual Life Insurance Company, Attn: Chief Financial Officer, Registered Agent, 200 E Gaines St., Tallahassee, FL 32399-4201 and to file a certificate of service.]